IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-569-MOC-DCK

| | |
|---|---|
| GRACE DEBELL, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| ELEVATION MANAGEMENT, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* Of Robert J. Dubyak And Affidavit" (Document No. 8) filed by Fitz E. Barringer, concerning Robert J. Dubyak on January 13, 2020. Robert J. Dubyak seeks to appear as counsel *pro hac vice* for Defendant Elevation Management, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Robert J. Dubyak is hereby admitted *pro hac vice* to represent Defendant Elevation Management, LLC.

**SO ORDERED**.

Signed: January 13, 2020

_David C. Keesler_
David C. Keesler
United States Magistrate Judge