IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-569-MOC-DCK

| | |
|---|---|
| GRACE DEBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ELEVATION MANAGEMENT, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* Of Christina C. Spallina And Affidavit" (Document No. 9) filed by Fitz E. Barringer, concerning Christina C. Spallina on January 13, 2020. Christina C. Spallina seeks to appear as counsel *pro hac vice* for Defendant Elevation Management, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. Christina C. Spallina is hereby admitted *pro hac vice* to represent Defendant Elevation Management, LLC.

**SO ORDERED**.

Signed: January 13, 2020

David C. Keesler
United States Magistrate Judge