IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-569-MOC-DCK

| | |
|---|---|
| **GRACE DEBELL,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **ELEVATION MANAGEMENT, LLC,** | )<br>) |
| **Defendant.** | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Stipulation And Joint Motion To Compel Arbitration And Stay The Proceedings" (Document No. 15) filed January 28, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Stipulation And Joint Motion To Compel Arbitration And Stay The Proceedings" (Document No. 15) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter be **STAYED** until further Order of this Court. The parties shall file a Status Report on **April 29, 2020**, and every **ninety (90)** days thereafter, until otherwise ordered by the Court.

**IT IS FURTHER ORDERED** based on the parties "Stipulation …" that "Defendant's Motion To Compel Arbitration And To Dismiss …" (Document No. 10) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: January 29, 2020

David C. Keesler
United States Magistrate Judge